# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALD JONES, an individual, d.b.a. MIKE JONES PHOTOGRAPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>QUINCY JONES, an individual; QUINCY JONES PRODUCTIONS, INC., a California corporation; HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, a Delaware corporation, d.b.a. AKG, AKG HARMAN, HARMAN/KARDON; HAL LEONARD CORPORATION d.b.a. HAL LEONARD BOOKS, a Wisconsin corporation; BILL GIBSON, an individual, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: CV12-01159-RGK(CWx)<br><br>DISCOVERY MATTER<br><br>**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>*Discovery Matters Assigned to the Honorable Carla Woehrle, U.S. Magistrate Judge* |

The Court having read and considered the Stipulation for Entry of Protective Order (the "Stipulated Protective Order") by and among the parties, and good cause appearing therefore, the Court hereby approves the terms of the Stipulated Protective Order and orders that the Stipulated Protective Order shall be and is entered as an Order of the Court.

**IT IS SO ORDERED.**



Dated: September 25, 2012  _____
HON. CARLA WOEHRLE
United States Magistrate Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

[PROPOSED] ORDER ON STIPULATION
FOR ENTRY OF PROTECTIVE ORDER